UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GENEVIEVE HENDERSON

      v.                              CIVIL NO.  3:13CV378

WELLS FARGO BANK, NA

## JUDGMENT

This cause came on for consideration on the plaintiff's motion for In Forma Pauperis before the Honorable Janet Bond Arterton,

The Court has considered all of the papers filed in this action and on April 5, 2013 the Court denied th motion and  dismissed the complaint, without prejudice to renew by filing a finance statement; on or before April 29, 2013.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the plaintiff's complaint is dismissed   and the case is closed.

Dated at New Haven, Connecticut, this 9th day of April, 2013

ROBIN D. TABORA, CLERK

By_____/s/_____
Betty J. Torday, Deputy Clerk

EOD__4/9/13____