UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENEVIEVE HENDERSON,<br><br>             Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:13-CV-00378-(JBA)<br>)<br>)<br>)<br>)<br>) |

FILED 2016 FEB 24 PM 2 03 U.S. DISTRICT COURT NEW HAVEN, CT.

**PLAINTIFF'S REPLY TO**
**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

The Plaintiff respectfully files her reply to the Defendant's Answer and Affirmative Defenses dated 2-10-16.

**FIRST** Affirative Defense:  Defendant asserts a Defense of Set off which Plaintiff DENIES because Defendand breached a contract that was subsequent to the Mortgage Loan referred to in Defendant's 2-10-16 Answer.

**SECOND** Affirative Defense is Denied by Plaintiff.

**THIRD** Affirmative Defense is Denied by Plaintiff.

**FOURTH** Affirmative is Denied by Plaintiff.

**FIFTH** Affirmative Defense is Denied by Plaintiff; however Plaintiff moves to strike this Fith Defense because Federal Rules and CGS sec 52-114 presumes that Plaintiff used reasonable care and requires claims to the contrary, to be specifically plead and should set forth the acts of negligence relied upon just as Plaintiff is required to do in the Complaint. **Goodman v. Norwalk Jewish Center, Inc.**, 145 Conn. 146 (1958). Defendant should not be allowed to file their Fifth Affirmative Defense without setting forth

facts supporting their claim of contributory negligence. Therefore one sentence stating Plaintiff contributed to her damages without any other explanation is not a legally sufficient Affirmative Defense and the same should be stricken.

**SIXTH** Affirative Defense is Denied by Plaintiff.

**SEVENTH** Affirmative Defense is Denied by Plaintiff.

**EIGHTH** Affirmative is Denied by Plaintiff.

**NINETH** Affirative Defense is Denied by Plaintiff.

**TENTH** Afirmative Defense:  Plaintiff can not reply to Defendant's Tenth Affirmative Defense because it is no Defense at all and because Defendant is asking to reserve the right to assert further Defenses as Discovery proceeds.

Respectfully submitted,

Genevieve Henderson
22 Lake Road
Middlefield, Ct  06455

## CERTIFICATION

I hereby certify that the foregoing document has been mailed to Sean R. Higgins, K&L Gates LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111, on February 22, 2016.

By Genevieve Henderson_____