## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| GENEVIEVE HENDERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:13-CV-00378-(JBA) |
| WELLS FARGO BANK, N.A., | ) |
| Defendant. | ) |

### MOTION TO STRIKE

Plaintiff respectfully moves this Honorable Court to Strike Defendant's Fifth Affirmative

Defense in its 2-10-16 Answer to Plaintiff's Complaint because:

Federal Rules and CGS sec 52-114  presumes that Plaintiff used reasonable

care and requires claims to the contrary to be specifically plead and should set forth the

facts of negligence relied upon just as Plaintiff is required to do in the Complaint.

**Goodman v. Norwalk Jewish Center, Inc**., 145 Conn. 146 (1958).

Defendant  should not be allowed to file their Fifth Affirmative Defense without

setting some facts supporting their claim of contributory negligence.   Therefore one

sentence stating that Plaintiff contributed to her damages without any other explanation is

not legally a sufficient Affirmative Defense and the same should be stricken

WHEREFORE, Plaintiff prays that this motion is granted and Defendant's Fifth

Affirmative Defense be stricken.

Respectfully submitted,

Genevieve Henderson
22 Lake Road
Middlefield, Ct  06455

**CERTIFICATION**

I hereby certify that the foregoing document has been mailed to Sean R. Higgins, K&L Gates LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111, on February 22, 2016.


By Genevieve Henderson _____