UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

_____
                                              )
GENEVIEVE HENDERSON,           )
                                              )
    Plaintiff,                            )
                                              )
v.                                           )    Civil Action No. 3:13-cv-00378-JBA
                                              )
WELLS FARGO BANK, N.A.,        )
                                              )
    Defendant.                         )
_____)

MOTION OF JAMES S. ROLLINS TO WITHDRAW AS COUNSEL FOR
DEFENDANT WELLS FARGO BANK, N.A.

Pursuant to Local Rule 7(e), the undersigned, James S. Rollins, moves this Court for permission to withdraw as counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo").  Attorney Sean R. Higgins continues to represent Wells Fargo.  Attorney Higgins and Attorney Rollins were previously law partners with the firm of Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), and they both appeared in this case on Wells Fargo's behalf.  In March of 2015, attorney Higgins left Nelson Mullins, joining K&L Gates LLP.  Wells Fargo continued its attorney-client relationship with Higgins and K&L Gates.  Rollins is no longer representing Wells Fargo.  Therefore, the Court should grant Rollins leave to withdraw.  Higgins will continue to represent Wells Fargo in this matter.  Wells Fargo has received notice of this motion to withdraw and consents to the request.

WHEREFORE, Rollins prays that the Court allow his motion to withdraw as counsel, grant him leave to withdraw as counsel for Wells Fargo, and remove his appearance for Wells Fargo from the docket.

1

|  |  |
|---|---|
|  | Respectfully submitted,<br>Wells Fargo Bank, N.A.,<br>by its attorney, |
|  | /s/ James S. Rollins<br>James S. Rollins (Federal Bar No. ct05795)<br>Nelson Mullins Riley & Scarborough, LLP<br>One Post Office Square<br>30th Floor<br>Boston, MA 02109<br>Phone: 617-573-4722 |
| Dated: April 6, 2016 | Fax: 617-573-4751 |

CERTIFICATE OF SERVICE

    I, James S. Rollins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

|  |  |
|---|---|
| Dated: April 6, 2016 | /s/ James S. Rollins<br>James S. Rollins (Federal Bar No. ct05795) |