UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENEVIEVE HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Civil Action No. 3:13-cv-00378-JBA |

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") respectfully moves for summary judgment with respect to all claims asserted against it in the Fourth Amended Complaint (the "Complaint") filed by Plaintiff Genevieve Henderson ("Plaintiff"). In support of its Motion, Wells Fargo refers and relies upon its separate Memorandum of Law in Support of Wells Fargo's Motion for Summary Judgment, its Statement of Undisputed Material Facts, the Affidavit of Richard L. Penno, Counsel's Affidavit, and the exhibits appended thereto, all of which are submitted herewith. As set forth in Wells Fargo's Summary Judgment filings, there are no disputed material facts and Wells Fargo is entitled to judgment as a matter of law in its favor dismissing all of Plaintiff's claims.

WHEREFORE, Wells Fargo respectfully prays that this Court grant its Motion for Summary Judgment, enter judgment in Wells Fargo's favor dismissing Plaintiff's Complaint in its entirety, and grant Wells Fargo any further relief this Court deems equitable and just.

Respectfully submitted,
Wells Fargo Bank, N.A.,
by its attorney,

*/s/ Sean R. Higgins*
Sean R. Higgins (Bar No. ct28279)
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Phone: 617-261-3100
Fax: 617-261-3175

Dated: September 29, 2016

CERTIFICATE OF SERVICE

I, Sean R. Higgins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: September 29, 2016 *[/s/ Sean R. Higgins]*